PD-0743&0744-15

PD-0743-15 & PD-0744-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 4:36:41 PM
Accepted 6/19/2015 12:15:08 PM
ABEL ACOSTA
CLERK

NO. _____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

---

# CODY BRIGHT
*Appellant*

**v.**

# THE STATE OF TEXAS
*Appellee*

---

FROM THE FIFTH COURT OF APPEALS
CAUSE Nos. 05-13-00997-CR & 05-13-00998-CR

ON APPEAL FROM THE 283RD JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS
TRIAL COURT NOs.  F12-23970 & F12-23977
THE HONORABLE RICK MAGNIS PRESIDING

---

**APPELLANT'S MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

---

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

1

COMES NOW, CODY BRIGHT, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Fifth Court of Appeals in cause nos. 05-13-00997-CR and 05-13-00998-CR, affirming the conviction, was rendered on May 19, 2015.

II.

The number and style of the case in the District Court is No. F12-23970 and F12-23977, *State of Texas v. Cody Bright.*

III.

Appellant was convicted of two charges of aggravated assault with a deadly weapon.

IV.

The present deadline for filing the petition for discretionary review is June 18, 2015.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - PAGE 2**

1.    Petition for writ of habeas corpus in *Faryion Edward Wardrip v. William Stephens,* case no. 7:01-CV-0247-G in the United States District Court for the Northern District of Texas,

2.    Appellant's Brief on Direct Appeal in *Russell Donald Tindell, II v. State of Texas*, case no. 10-15-00016-CR in the Tenth Court of Appeals of Texas,

3.    Appellant's Supplemental Brief in *Tommy Vincent Jetton v. State of Texas*, case no. 11-14-00264-CR in the Eleventh Court of Appeals.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his brief until July 18, 2015.

RESPECTFULLY SUBMITTED,


   /s/ BruceAnton
BRUCE ANTON
Texas State Bar No. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time was electronically served to the Appellate Division of the Dallas County District Attorney's Office and to the State Prosecuting Attorney on this 17th day of June, 2015.

/s/ Bruce Anton
BRUCE ANTON